■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM E. FRENCH, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, entered December 4, 1962, which denied without a hearing his application to vacate a judgment of said court rendered January 30, 1934 after a jury trial, convicting him of murder in the second degree, and imposing sentence. [For prior appeal by codefendant,

see *People* v. *Brengard*, 265 N. Y. 100.] Order affirmed. Defendant contends there was a fatal defect in his conviction and he seeks to vacate it on the ground that at the time of his initial arraignment—when he was without counsel—a plea of not guilty was entered by the court on his behalf. For the reasons stated at length in the case decided herewith (*People* v. *Combs*, 19 A D 2d 639), the order here must be affirmed. Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.